# IN THE DISTRICT COURT WITHIN AND FOR STEPHENS COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| THE DUNCAN PUBLIC UTILITY AUTHORITY, ) ) ) Plaintiff, ) ) vs. ) ) CITATION OIL AND GAS CORPORATION, ) ) Defendant. ) | CJ-2025-175 <br><br> FILED IN DISTRICT COURT Stephens County, Okla. <br><br> NOV 04 2025 <br><br> MELODY HARPER Court Clerk |

### PETITION

COMES NOW, Duncan Public Utility Authority, Plaintiff, by and through their attorney, David W. Hammond, of the law firm Hammond & Archer, PLLC, and for its cause of action against the Citation Oil and Gas Corporation, the City of Duncan states as follows:

1. The Duncan Public Utility Authority is a Public Trust pursuant to Title 60 of the Oklahoma Statutes.

2. Citation Oil and Gas Corporation is a corporation engaged in the exploration and production of oil and gas. Citation conducts business in the State of Oklahoma. Citations principal office is located in Oklahoma City, Oklahoma.

### BRIEF STATEMENT OF FACTS

1. In approximately October of 2022, Citation Oil and Gas Corporation had contacted the Duncan Public Utility Authority and inquired about purchasing water from the Trust for the purpose to use for drilling activities. More particularly, they requested water from the City owned Lake Fuqua. Citation Oil and Gas Corporation has requested that the contract be for a period of one (1) year.

2. Citation Oil and Gas Corporation prepared a Water Use Agreement and same was executed by both Parties on January 10th, 2023. Attached hereto as Exhibit "A" is a copy of the Water Use Agreement.

3. The Agreement was in effect from March 1st, 2023 until March 1st, 2024. The purchase price for each barrel of water was thirty cents ($.30). Citation Oil and Gas Corporation agreed to purchase at least ½ of the quality of water set forth on the stimulant schedule. In the event Citation Oil and Gas Corporation does not use the minimum amount of water, it shall pay the Water Owner (City) for the balance owed on or before March 1st, 2024.

Exhibit 1

4.  The City is limited in the amount of water it can sell to third parties for the reason that its primary use is for Duncan Citizens. The City had reserved this portion of water for Citations Oil and Gas Corporations use. The City had incorporated the expected amount of money it would receive from the contracts in its operation budget for 2023.

5.  At the end of March 2024, Citation Oil and Gas Corporation did not use the minimum amount of water. There was 1,081,212.20 barrels of unused water at $.30 per gallon or $324,363.66. The Duncan Public Utility Authority has sent invoices to Citation Oil and Gas Corporation and has demanded payment for same, but Citation Oil and Gas Corporation refuses to pay said amount.

## COUNT 1 - BREACH OF CONTRACT

COMES NOW, Duncan Public Utility Authority and for its first cause of action against Citation Oil and Gas Corporation, states as follows:

1.  Duncan Public Utility Authority incorporates the allegations contained in paragraph 1 above.

2.  The Parties entered into a valid Water Use Contract. Duncan Public Utility Authority delivered all of the water requested by Citation Oil and Gas Corporation pursuant to the Contract. Citation Oil and Gas Corporation agreed to pay for the minimum amount of water that it did not use. Citation Oil and Gas Corporation is now refusing to pay for the amount owed under the Contract. The fact that Citation Oil and Gas Corporation did not want to use the water is not a defense to the enforcement of the agreement.

3.  The Duncan Public Utility Authority has incurred legal expenses and costs related to this matter and is requesting that the Court award a reasonable attorney fees and costs in this matter.

WHEREFORE, based on Citation Oil and Gas Corporations breach of this Agreement, Duncan Public Utility Authority is requesting judgment against the Defendant for $324,363.66. Duncan Public Utility Authority is also requesting that it receive an award for its attorney fees and costs and for any other relief the Court deems proper.

RESPECTFULLY SUBMITTED,

_____
David W. Hammond, OBA#12320
Jeffery K. Archer, OBA#16105
HAMMOND & ARCHER, PLLC
1102 W. Maple Avenue
Duncan, Oklahoma 73533
Phone: (580) 252-9033
Fax: (580) 252-6251
ATTORNEY FOR PLAINTIFF




## City of Duncan, Oklahoma
BOX 969      73534

# MEMO

TO:     CHAIRMAN AND TRUSTEES

FROM:   KIMBERLY MEEK, GENERAL MANAGER

DATE:   JANUARY 10, 2023

**PURPOSE:**
TO CONSIDER APPROVAL OF A WATER USE AGREEMENT WITH CITATION OIL & GAS CORP FOR THE PURPOSE OF OIL AND GAS WELL COMPLETION.

**BACKGROUND:**
Citation Oil & Gas Corp, has requested to purchase of up to 5.32 million barrels of water at a price of $0.30 per barrel from January to August of 2023.

Fuqua Lakes normal water supply elevation is 1076.0 feet with a capacity of 21,100-acre foot of water or 6.87 billion gallons or (163 million barrels). As of January 5, 2023 Fuqua Lake water level was at 88.2% capacity or 18,610-acre foot of water or 6.06 billion gallons (144 million barrels) at surface elevation of 1074.69 feet according to the USGS gauging station located on the lake.

A copy of the proposed Agreement is attached.

**RECOMMENDATION:**
That Chairman and Trustees approve a Water Use Agreement with Citation Oil & Gas Corp for sale of water from Lake Fuqua and authorize the Chairman to execute said Agreement.

H:\PWORKS\PUBLIC\LAKES\OIL AND GAS\FUQUA\CITATION OIL & GAS CORP\MEMO WATER USAGE 1-24-23.DOCX


EXHIBIT A

## WATER USE AGREEMENT

For and in consideration of the sum of Thirty Cents ($0.30) per barrel, the City of Duncan, a municipal Corporation, who's address is P.O. Box 969, Duncan, Oklahoma 73533, (hereinafter referred to as "WATER-OWNER) does hereby grant, sell and convey unto Citation Oil and Gas Corporation, (hereinafter referred to as "OPERATOR") the right to pump water from Fuqua Lake, a surface water source located upon WATER-OWNER's lands situated in the County of Stephens, State of Oklahoma, described as follows, to-wit;

W/2 SW/4; SE/4 SW/4; S/2 NE/4 SW/4;W/2 SW/4 NW/4; SE/4 SW/4 NW/4; SE/4 NE/4; NE/4 SE/4; SE/4 SE/4; NW/4 SW/4 NE/4; NE/4 SW/4 NE/4; S/2 SW/4 NE/4; W/2 SE/4; S/2 SE/4 SE/4; NE/4 NE/4 NE/4; N/2 SE/4 NE/4 NE/4; W/2 NE/4 NE/4; E/2 NW/4 NE/4; S/2 SW/4 NW/4 NE/4; of Section 25, Township 2 North, Range 5 West, Stephens County, Oklahoma and

SW/4; S/2 SE/4; SE/4 NE/4; E/2 SW/4 NE/4; NW/4 SW/4 NE/4; N/2 SE/4; N/2 NE/4; NE/4 NW/4; NE/4 NW/4 NW/4; SE/4 NW/4 NW/4; N/2 SE/4 NW/4; SE/4 SE/4 NW/4; SW/4 SW/4 NE/4 and a five acre tract described as follows; Beginning at the Northwest corner of Section 26, thence in an Southeasterly direction to the Southeast corner of the NW/4 NW/4 NW/4 a distance of 660 feet, thence West along the North boundary of the NW/4 NW/4 NW/4 a distance of 660 feet, thence west along the north boundary of the NW/4 NW/4 NW/4 a distance of 660 feet to the point of beginning; and a five acres tract described as follows; Beginning at the Northwest corner of the NE/4 SW/4 NW/4 of Section 269, thence in a Southeasterly direction to the Southeast corner of the NW/4 SW/4 NW/4, thence North along the East boundary of the NW/4 SW/4 NW/4, a distance of 660 feet to the point of beginning; all being in Section 26, Township 2 North, Range 5 West, Stephens County, Oklahoma, and

W/2 SE/4 NW/4; SW/4; SW/4 NW/4; W/2 NW/4 NW/4; S/2 SE/4; SW/4 NW/4 SE/4; OF Section 23, Township 2 North, Range 5 West, Stephens County, Oklahoma, and

W/2 NW/4 NW/4; SW/4 NW/4; NW/4 NW/4 SW/4; of Section 31, Township 2 North, Range 4 West, Stephens County, Oklahoma, and

SE/4 SE/4 SE/4; N/2 SE/4; SW/4 SE/4; N/2 SE/4 SE/4; SW/4 SE/4 SE/4; S/2 S/2 SW/4; of Section 35, Township 2 North, Range 5 West, Stephens County, Oklahoma and

E/2 SE/4; E/2 SW/4 SE/4; of Section 2, Township 2 North, Range 5 West,

Stephens County, Oklahoma, and

NE/4 SW/4; N/2 SE/4 SW/4; NE/4 SW/4 SW/4; SE/4 SE/4 SW/4; W/2 NW/4; NW/4 SW/4; W/2 SW/4 SW/4; SE/4 SW/4 SW/4; SW/4 SE/4 SW/4; E/2; E/2 NW/4; of Section 36, Township 2 North, Range 5 West, Stephens County, Oklahoma

and hereby acknowledge that said water source may be used for completion and operation of the Oil and Gas Wells set forth and described on exhibit "A".

WATER-OWNER agrees that the consideration herein above shall entitle OPERATOR to use water from said water source located upon the above described lands in quantities sufficient for completing the Oil and Gas Wells set forth on exhibit "A". WATER-OWNER also agrees to allow OPERATOR the right to lay temporary water lines together with the right of ingress and egress, across the above described lands, to and from water source on and off the above mentioned lands. The water will be removed from the South side of said lake at a location approved by WATER-OWNER.

TERM OF AGREEMENT- This contract shall have an effective date of March 1st, 2023 through -March 1st, 2024, Exhibit "A" sets forth estimated amounts of water that will be used for each well .The OPERATOR agrees to and guarantees to purchase at least one-half of the quantity of water set forth on the stimulation schedule, which is 111,804,000 gallons, or 2,662,000.00 barrels of water. In the event OPERATOR does not use the minimum amount of water it shall pay the WATER OWNER for the balance owed on or before March 1st, 2024.

METHOD AND TIME OF PAYMENT- At the end of each month OPERATOR will pay for the water used for said month. OPERATOR will have 30 days from the last day of each month to pay the WATER OWNER. If OPERATOR fails to pay the bill in a timely manner it will be considered as a breach of the agreement. The OPERATOR is responsible to install a meter to measure the water used.

WHEREBY the rights and privileges herein granted are divisible and are each assignable or transferable, in whole or in part.

THIS AGREEMENT shall be binding upon both the OPERATOR and WATER-OWNER, their heirs, executors, administrators, successors and assigns.

OPERATOR agrees to meter all water pumped from the water

source and send daily readings to the WATER-OWNER's designated representative.

OPERATOR shall endeavor and use its best efforts to conduct or complete operations on the above named wells beginning on March 1st, 2023, and completing such operations on or about March 1st, 2024.

Dated and executed this 10th day of January, 2023.

**WATER OWNER**

Robert Armstrong, Mayor of City of Duncan, Oklahoma, a municipal corporation

**OPERATOR**

Rod Smith
SOR Region Vice-President
Citation Oil & Gas Corp.

WWF 1/16/23
1/17/23

## ACKNOWLEDGMENTS

STATE OF OKLAHOMA  )
                   ) SS
COUNTY OF STEPHENS )

On this 10th day of January, 2023, before me a Notary Public in and for said County and State, personally appeared, Robert Armstrong, Mayor of City of Duncan, Oklahoma, a municipal corporation, and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth, in the capacity stated therein.

Given my hand and seal the day and year last above written.

Christina Johnson
Notary Public

Seal:
NOTARY PUBLIC State of OK
CHRISTINA JOHNSON
Comm. # 02018116
Expires 10-28-26

STATE OF OKLAHOMA  )
                   ) SS
COUNTY OF Oklahoma )

On this 17th day of January, 2023, before me a Notary Public in and for said County and State, personally appeared, Rod Smith, SOR Region Vice-President -Citation Oil & Gas Corp. and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth, in the capacity stated therein.

Given my hand and seal the day and year last above written.

Danielle Buie
Notary Public

DANIELLE BUIE
Notary Public in and for
STATE OF OKLAHOMA
Commission #19004808
Expires: 14 May 2024


**Citation**
OIL & GAS CORP.

October 20th, 2022

Mr. Buddy Hokit
Public Works Director
City of Duncan, Oklahoma

RE: Fuqua Lake Water Purchase Proposal

Dear Mr. Hokit,

Citation Oil & Gas Corporation (COGC) would like to purchase water from Fuqua Lake beginning in early January 2023. The volumes shown in the table below would be the maximums requested for the dates given. Local "farm pond" sources would be used preferentially to water from Fuqua Lake.

| Citation Oil & Gas Corp. Stimulation Schedule |
|---|---|---|---|---|
| Well Name | Start Date | Volume Needed (Bbls) | Volume Needed (Gals) | Cumulative Needed (Gals) | Cumulative Potential Income f/Sale |
| Prairiedale 4-34-27XHW | 1/19/2023 | 506,000 | 21,252,000 | 21,252,000 | $151,800 |
| Prairiedale 3-34-27XHM | 2/8/2023 | 506,000 | 21,252,000 | 42,504,000 | $303,600 |
| Prairiedale 2-34HW | 2/8/2023 | 286,000 | 12,012,000 | 54,516,000 | $389,400 |
| Prairiedale 2-27HW | 3/10/2023 | 286,000 | 12,012,000 | 66,528,000 | $475,200 |
| Prairiedale 3-35HW | 3/10/2023 | 286,000 | 12,012,000 | 78,540,000 | $561,000 |
| Prairiedale 2-35HW | 2/18/2023 | 286,000 | 12,012,000 | 90,552,000 | $646,800 |
| Prairiedale 5-35HW | 3/10/2023 | 286,000 | 12,012,000 | 102,564,000 | $732,600 |
| Prairiedale 4-35HW | 3/10/2023 | 286,000 | 12,012,000 | 114,576,000 | $818,400 |
| North Basin 6-13-24XHM | 7/9/2023 | 506,000 | 21,252,000 | 135,828,000 | $970,200 |
| North Basin 1-13-24XHW | 7/9/2023 | 506,000 | 21,252,000 | 157,080,000 | $1,122,000 |
| North Basin 7-13-24XHM | 8/8/2023 | 506,000 | 21,252,000 | 178,332,000 | $1,273,800 |
| North Basin 3-13-24XHW | 8/8/2023 | 506,000 | 21,252,000 | 199,584,000 | $1,425,600 |
| North Basin 2-24HW | 7/9/2023 | 286,000 | 12,012,000 | 211,596,000 | $1,511,400 |
| North Basin 1-24HM | 7/9/2023 | 286,000 | 12,012,000 | 223,608,000 | $1,597,200 |

Using Google Earth to planimeter the water surface of Fuqua Lake it is conservatively estimated that the entire volume needed would lower the lake's water level by less than 12 inches from its normal.

COGC would like to extend an offer of $0.30/bbl (per 42 gals) for metered volumes of water taken from the south side of Fuqua Lake at a take point of the City of Duncan's choosing. It is understood that COGC will be responsible for the transportation of the water taken from Fuqua Lake to our point of use and that any loses downstream of the take point would be at COGC's expense.

The volumes represented in the table are maximum volumes that would be needed during the given time periods but are not meant to represent volumes we guarantee to receive. Payment would be based on the volume metered at the take point on Fuqua Lake.

Thank you for your consideration of this proposal. Please do not hesitate to contact me with any questions you may have regarding this request.

Best Wishes,

Walter Fedrik
Operations Engineer
Citation Oil & Gas Corporation