# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

THE DUNCAN PUBLIC UTILITY AUTHORITY,
Plaintiff(s)

vs.

CITATION OIL AND GAS CORP.
Defendant(s)

Case Number: 5:25-cv-01410-JD
State Court No. CJ-2025-175
Stephens County District Court

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Citation Oil and Gas Corporation
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

 (Check one)  ☐ YES  ☑ NO

 If YES, identify entity and nature of interest:

5. **Is party a trade association?**

 (Check one)  ☐ YES  ☑ NO

 If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 26th day of November, 2025.

| | |
|---|---|
| s/ Bradley W. Welsh | |
| Signature | |
| Bradley W. Welsh | 18488 |
| Printed Name | Bar Number |
| Crowe & Dunlevy, P.C. | |
| Firm Name | |
| 324 N. Robinson Ave., Suite 100 | |
| Address | |
| Oklahoma City | OK  73102 |
| City | State  ZIP |
| (405) 235-7700 | (405) 239-6651 |
| Phone | Fax |
| brad.welsh@crowedunlevy.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on <u>November 26, 2025</u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

David W. Hammond
Jeffery K. Archer

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service  ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/ Bradley W. Welsh
Signature